NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AKHNATEN CASEY,               )
                             )
          Appellant,          )
                             )
v.                           )          Case No. 2D18-4328
                             )
STATE OF FLORIDA,             )
                             )
          Appellee.           )
_____)

Opinion filed May 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Samantha L.
Ward, Judge.

Akhnaten Casey, pro se.


PER CURIAM.

          Affirmed.  See Mendenhall v. State, 48 So. 3d 740 (Fla. 2010); Bizzell v.

State, 912 So. 2d 386 (Fla. 2d DCA 2005); Flowers v. State, 69 So. 3d 1042 (Fla. 1st

DCA 2011); Coke v. State, 955 So. 2d 1216 (Fla. 4th DCA 2007); Lykins v. State, 894

So. 2d 302 (Fla. 3d DCA 2005); Thomas v. State, 778 So. 2d 429 (Fla. 5th DCA 2001).


SILBERMAN, MORRIS, and SALARIO,JJ., Concur.